# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    SAMUEL D. LEVIN

                Debtor.

                                  :

Case No.:18-14903

Chapter 13

## ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

It is hereby ordered that the time of the debtor herein to file the schedules, statements of financial affairs, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 14 days until August 22, 2018.

DATED:   8/8/18

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**