United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 18-14903-elf
Samuel D Levin                                                       Chapter 13
Samuel D. Levin
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1           Date Rcvd: Aug 08, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.
db/db          #+Samuel D Levin,    Samuel D. Levin,    554 Deer Lake Cir,    Blue Bell, PA 19422-1371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:
      ALEXANDER G. TUTTLE    on behalf of Debtor Samuel D. Levin agt@tuttlelegal.com, allie@tuttlelegal.com
      ALEXANDER G. TUTTLE    on behalf of Debtor Samuel D Levin agt@tuttlelegal.com, allie@tuttlelegal.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                  TOTAL: 5

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SAMUEL D. LEVIN
            Debtor.

Case No.:18-14903
Chapter 13

### ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

It is hereby ordered that the time of the debtor herein to file the schedules, statements of financial affairs, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 14 days until August 22, 2018.

DATED: 8/8/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**