# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14903-ELF

SAMUEL D LEVIN

225 CHURCH STREET
APT 4C
PHILADELPHIA, PA 19106

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAMUEL D LEVIN

    225 CHURCH STREET
    APT 4C
    PHILADELPHIA, PA 19106

Counsel for debtor(s), by electronic notice only.

    ALEXANDER G TUTTLE
    TUTTLE LEGAL
    2303 N. BROAD ST  STE 2
    COLMAR, PA 18915-

Date: 9/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee