```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 18-14903-elf
Samuel D Levin                                                 Chapter 13
Samuel D. Levin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: PaulP               Page 1 of 1               Date Rcvd: Oct 31, 2018
                               Form ID: pdf900           Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db             #+Samuel D Levin,    554 Deer Lake Cir,    Blue Bell, PA 19422-1371
db              +Samuel D. Levin,   MAILING ADDRESS,    225 Church Street,   Apt. 4C,
                 Philadelphia, PA 19106-4525
14185801        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14170672         Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
14184730         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 01 2018 02:21:49    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 02:21:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2018 02:21:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14170671        E-mail/Text: camanagement@mtb.com Nov 01 2018 02:21:25     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14201199        E-mail/Text: camanagement@mtb.com Nov 01 2018 02:21:25     M&T BANK,   PO BOX 840,
                 Buffalo, NY 14240
14202580        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 02:37:49
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14170670      ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              ALEXANDER G. TUTTLE    on behalf of Debtor Samuel D. Levin agt@tuttlelegal.com,
               allie@tuttlelegal.com
              ALEXANDER G. TUTTLE    on behalf of Debtor Samuel D Levin agt@tuttlelegal.com,
               allie@tuttlelegal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL D LEVIN                    Chapter 13

                    Debtor        Bankruptcy No. 18-14903-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 31, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALEXANDER G TUTTLE
TUTTLE LEGAL
2303 N. BROAD ST  STE 2
COLMAR, PA 18915-


Debtor:
SAMUEL D LEVIN

225 CHURCH STREET
APT 4C
PHILADELPHIA, PA 19106